IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN DALE BRADY                                                                        PLAINTIFF

v.                                    5:05CV00076GH/HDY

LARRY NORRIS, et al.                                                                 DEFENDANTS

<u>ORDER</u>

Plaintiff's motion to file a second amended complaint (DE #23) is hereby GRANTED. In light of such, defendants' motions to dismiss plaintiff's original and first amended complaints (DE ##8, 14) are hereby DENIED without prejudice. Plaintiff's motions to strike defendants' motions to dismiss are also DENIED.

IT IS SO ORDERED this 1st day of September, 2005.

_____
United States District Judge