IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN DALE BRADY                                                                                           PLAINTIFF

v.                                              5:05CV00076GH/HDY

LARRY NORRIS, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of October, 2005.

*George Howard, Jr.*
United States District Judge